IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER MAKUSI OTEMBA OWUOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:10cv194-WKW |
| | ) | (WO) |
| THE ELMORE COUNTY | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 29, 2012, counsel for the defendants notified the court that the parties had reached an amicable settlement of all issues.  Accordingly, it is

ORDERED that on or before November 13, 2012, the parties shall file a joint stipulation for dismissal.

Done this 30th day of October, 2012.

　　　　　　　　　　　　　　　 /s/Charles S. Coody　　　　　　
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE